FILED

2008 FEB 11 AM 9:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. GREG CHUNG DEFENDANT(S). | CASE NUMBER: SA CR 08-00024 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  2/11/2008   6:50   ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   Title 18 USC 1831; 1834; 951; 1001; 1512; 371
3. Offense charged is a:  ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
4. U.S. Citizen:  ☐ Yes    ☐ No    ☐ Unknown
5. Year of Birth:  1936
6. The defendant is:  ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer:  Frank Guerrero
11. Remarks (if any): _____

12. Date:  2/11/2008               13. Signature: _____
14. Name:  Kevin Moberly           15. Title:  Special Agent