THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES
Assistant United States Attorney
California Bar Number: 155505
IVY A. WANG
Assistant Unites States Attorney
California Bar Number: 224899
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3549
    Facsimile: (714) 338-3561
    E-mail address: ivy.wang@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA CR 08-024-CJC |
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
| v. | ) COUNTS 8, 9, 12, AND 13 OF THE |
| | ) INDICTMENT |
| DONGFAN "GREG" CHUNG, | ) |
| Defendant. | ) |

In the interests of justice, the govenrment moves to dismiss Counts 8, 9, 12, and 13 of the Indictment.

Dated: May 28, 2009                  THOMAS P. O'BRIEN
                                        Unites States Attorney

                                        GREGORY W. STAPLES
                                        Assistant U.S. Attorney