THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES
Assistant United States Attorney
California Bar Number: 155505
IVY A. WANG
Assistant Unites States Attorney
California Bar Number: 224899
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3549
    Facsimile: (714) 338-3561
    E-mail address: ivy.wang@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA CR 08-024-CJC |
| Plaintiff, | ) [PROPOSED] ORDER DISMISSING COUNTS 8, 9, 12, AND 13 OF THE INDICTMENT |
| v. | ) |
| DONGFAN "GREG" CHUNG, | ) |
| Defendant. | ) |

For good cause shown, Counts 8, 9, 12, and 13 of the Indictment are dismissed with prejudice.

Dated: _____

                                  HON. CORMAC J. CARNEY
                                  United States District Judge