# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.  **SACR 08-00024-CJC**  Date  **July 16, 2009**

Present: The Honorable  **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter  None

| Michelle Urie | Maria Dellaneve | Gregory W. Staples / Ivy Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dongfan Greg Chung | X | | X | Kenneth M. Miller | X | | X |
| | | | | Thomas H. Bienert, Jr. | X | | X |
| | | | | Ariana Seldman Hawbecker | X | | X |

**Proceedings:**   HEARING RE MEMORANDUM OF DECISION

Hearing regarding memorandum of decision held.  Court finds the defendant guilty on all counts except the count of obstruction of justice.  Memorandum of decision signed and filed this date.

Defendant committed to the custody of the U.S. Marshals forthwith D9881.

:   14

Initials of Deputy Clerk   mu

cc: